## STATE OF CONNECTICUT *v.* DEAN S. VLAHOS
## (AC 23940)

Flynn, West and McDonald, Js.

Argued February 17—officially released March 2, 2004

Per Curiam. The judgment is affirmed.